APPEAL,EFILE,PROSE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:26–cv–00211–SFR

| | |
|---|---|
| Beast et al v. Melber et al | Date Filed: 02/09/2026 |
| Assigned to: Judge Sarah F. Russell | Jury Demand: Plaintiff |
| Demand: $45,000,000 | Nature of Suit: 360 P.I.: Other |
| Cause: No cause code entered | Jurisdiction: Federal Question |

**Plaintiff**

**Satish Dat Beast**　　　　　　　　　　　　represented by **Satish Dat Beast**
*Former Client of "Larry Birkhead*　　　　　　　　　　　　　　　PRO SE
*Attorney" Nancy Hass of Hallandale*
*Beach, Florida as Family Law Attorney*

**Plaintiff**

**Ronald Satish Emrit**　　　　　　　　　represented by **Ronald Satish Emrit**
*Former Client of Paul Gardner, Esquire*　　　　　　　　　　　　6655 38th Lane East
*of Gardner Law Group of Baltimore,*　　　　　　　　　　　　　Sarasota, FL 34243
*Maryland as Attorney for Outcast, Mya,*　　　　　　　　　　　703–936–3043
*Mos Def, Tommy Davidson, and Salahis*　　　　　　　　　　　PRO SE

**Plaintiff**

**Go Go Satish**　　　　　　　　　　　　represented by **Go Go Satish**
*Former Client of Thomas Hart, Esquire of*　　　　　　　　　　　PRO SE
*On the Potomac of Washington, DC and*
*Holland & Knight, LLP and*
*Entertainment Attorney for Gloria Estefan*
*and James Todd Smith also Known as LL*
*Cool J*

V.

**Defendant**

**Ari Melber**
*of MSNOW (Journalist Who Covers Hip Hop Music)*

**Defendant**

**Universal Music Group**
*(UMG)*

**Defendant**

**NBC Universal**

**Defendant**

**Peacock**

**Defendant**

**Vivendi Universal**
*of France*

**Defendant**

**Comcast**

**Defendant**

**MSNOW**

**Defendant**

**NBC News**

**Defendant**

**NBC**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2026 | 1 | COMPLAINT against Comcast, MSNOW, Ari Melber, NBC, NBC News, NBC Universal, Peacock, Universal Music Group, Vivendi Universal, filed by Ronald Satish Emrit, Go Go Satish, Satish Dat Beast. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet, # 7 Envelope)(Denault, S) (Entered: 02/10/2026) |
| 02/09/2026 | 2 | MOTION for Leave to Proceed in forma pauperis by Ronald Satish Emrit. (Denault, S) (Entered: 02/10/2026) |
| 02/09/2026 | 3 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1(b), a disclosure statement required under Rule 7.1(a) must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 2/9/2026.(Denault, S) (Entered: 02/10/2026) |
| 02/09/2026 |  | CASE ASSIGNMENT: District Judge Sarah F. Russell assigned to the case. If the District Judge issues an Order of Referral to a Magistrate Judge for any matter other than settlement, the matter will be referred to Magistrate Judge Thomas O. Farrish. (Sichanh, C) (Entered: 02/10/2026) |
| 02/09/2026 | 6 | Order on Pretrial Deadlines: Amended Pleadings due by 4/10/2026 Discovery due by 8/11/2026 Dispositive Motions due by 9/15/2026<br>Signed by Clerk on 2/9/2026.(Chartier, A.) (Entered: 02/13/2026) |
| 02/09/2026 | 7 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Sarah F. Russell on 2/9/2026.(Chartier, A.) (Entered: 02/13/2026) |
| 02/09/2026 | 8 | Standing Protective Order<br>Signed by Judge Sarah F. Russell on 2/9/2026.(Chartier, A.) (Entered: 02/13/2026) |
| 02/09/2026 | 9 | Notice of Option to Consent to Magistrate Judge Jurisdiction.<br>(Chartier, A.) (Entered: 02/13/2026) |
| 02/09/2026 | 10 | **Notice to Counsel and Litigants Regarding AI−Assisted Research**: Attorneys and *pro se* litigants alike should exercise great caution in submitting any AI−generated language in filings before the Court. Use of AI without verification of the accuracy of the information it generates like any other shoddy research method from other sources or tools implicates Federal Rule of Civil Procedure 11, the central purpose of which is to deter baseless filings in district court and thus to streamline the administration and procedure of the federal courts. Rule 11 applies fully to actions filed by *pro se* litigants.<br><br>Therefore, all parties are on notice that the Court has a no−tolerance policy for any briefing (AI−assisted or not) that hallucinates legal propositions or otherwise severely misstates the law. Such filings will often result in sanctions absent reasonable excuse. *See generally Willis v. U.S. Bank Nat'l Ass'n et al*, No. 3:25−CV−516−BN, 2025 WL 1408897 (N.D. Tex. May 15, 2025).<br>Signed by Clerk on 2/9/2026.(Chartier, A.) (Entered: 02/13/2026) |
| 02/12/2026 | 4 | ORDER. Plaintiff's Motion for Leave to Proceed *in forma pauperis* 2 is hereby granted.<br><br>Signed by Judge Sarah F. Russell on 2/12/2026. (Lewis, D) (Entered: 02/12/2026) |

| | | |
|---|---|---|
| 02/12/2026 | 5 | ORDER. For the reasons below, Plaintiff's Complaint 1 is dismissed with leave to amend. "*Pro se* submissions are reviewed with special solicitude, and 'must be construed liberally and interpreted to raise the strongest arguments that they suggest.'" *Matheson v. Deutsche Bank Nat'l Tr. Co.*, 706 F. App'x 24, 26 (2d Cir. 2017) (quoting *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474–75 (2d Cir. 2006) (per curiam)).<br><br>After review, even construing the *pro se* complaint liberally, the Court concludes that Plaintiff's Complaint 1 fails to state a claim on which relief may be granted. A district court may dismiss a case filed *in forma pauperis* if it determines that "the action or appeal... is frivolous or malicious; [or] fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e). The Complaint appears to be a list of grievances against hip–hop star Snoop Dogg and television personality Martha Stewart. It is not clear from Plaintiff's Complaint how he was injured by the actions of any individual he names as a defendant. Plaintiff does not allege facts that state a claim for any cause of action.<br><br>Plaintiff's Complaint is therefore dismissed *sua sponte* with leave to amend. Because Plaintiff is proceeding *pro se*, Plaintiff may file an amended complaint that complies with Rule 8 of the Federal Rules of Civil Procedure by laying out any relevant factual details for his legal claims on or before **February 26, 2026**. If Plaintiff fails to file an amended complaint by this date, the case will be closed.<br>Signed by Judge Sarah F. Russell on 2/12/2026.(Lewis, D) (Entered: 02/12/2026) |
| 03/03/2026 | 11 | NOTICE OF INTERLOCUTORY APPEAL as to 5 Order,,,,,,, Set Deadlines/Hearings,,,,,, by Ronald Satish Emrit. (Chartier, A.) (Entered: 03/04/2026) |
| 03/03/2026 | 12 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 11 Notice of Interlocutory Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Chartier, A.) (Entered: 03/04/2026) |