# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-six,

_____

| | |
|---|---|
| Ronald Satish Emrit, Former Client of Paul Gardner, Esquire of Gardner Law Group of Baltimore, Maryland as Attorney for Outcast, Mya, Mos Def, Tommy Davidson, and Salahis, | **ORDER** <br> Docket No. 26-496 |

        Plaintiff - Appellant,

Satish Dat Beast, Former Client of "Larry Birkhead Attorney" Nancy Hass of Hallandale Beach, Florida as Family Law Attorney, Go Go Satish, Former Client of Thomas Hart, Esquire of On the Potomac of Washington, DC and Holland & Knight, LLP and Entertainment Attorney for Gloria Estefan and James Todd Smith also Known as LL Cool J,

        Plaintiffs,

  v.

Ari Melber, of MSNOW (Journalist Who Covers Hip Hop Music), Universal Music Group N.V., NBCUniversal Media, LLC, Peacock TV LLC, Vivendi Universal, of France, Comcast Corporation, MS NOW, NBC News, NBC,

        Defendants - Appellees.

_____

A notice of appeal was filed on March 03, 2026. The Appellant's Acknowledgment and Notice of Appearance Form due March 18, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 23, 2026 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

