# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-six,

_____

Ronald Satish Emrit, Former Client of Paul Gardner, Esquire of Gardner Law Group of Baltimore, Maryland as Attorney for Outcast, Mya, Mos Def, Tommy Davidson, and Salahis,

         Plaintiff - Appellant,

Satish Dat Beast, Former Client of "Larry Birkhead Attorney" Nancy Hass of Hallandale Beach, Florida as Family Law Attorney, Go Go Satish, Former Client of Thomas Hart, Esquire of On the Potomac of Washington, DC and Holland & Knight, LLP and Entertainment Attorney for Gloria Estefan and James Todd Smith also Known as LL Cool J,

         Plaintiffs,

   v.

Ari Melber, of MSNOW (Journalist Who Covers Hip Hop Music), Universal Music Group N.V., NBCUniversal Media, LLC, Peacock TV LLC, Vivendi Universal, of France, Comcast Corporation, MS NOW, NBC News, NBC,

         Defendants - Appellees.

**ORDER**

Docket No. 26-496

_____

Appellant Ronald Satish Emrit's submission of a LR 31.2 Scheduling Notification does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said LR 31.2 Scheduling Notification is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

